
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____ X

| | | |
|---|---|---|
| Courtney Forbes individually and on behalf of all others similarly situated | **Plaintiff** | Docket No. 10-3501 |
| -against- | | |
| Amsher Collection Services, Inc.; David Sher; Martin Sher; and Melanie Sher | **Defendant** | |

_____

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice as to the individual plaintiff but without prejudice as to the putative class members and without costs to either party.


S/ JOSEPH MAURO　　　　　　　　1-15-11
Joseph M. Mauro　　　　　　　　　Date
306 McCall Ave.
West Islip, NY 11795
Attorney for Plaintiff


S/ ARTHUR SANDERS　　　　　　1-15-11   SO ORDERED.
Arthur Sanders, Esq.
Mel S. Harris & Associates, LLC　　　　Dated: Central Islip, N.Y.
5 Hanover Square  8th Floor
New York, NY 10004

　　　　　　　　　　　　　　　　　　　　　　1/25 2011

　　　　　　　　　　　　　　　　　　　　　　Leonard D. Wexler
　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge